Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
Maria del Rocio Ashby, SBN 206282
mrashby@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:  (949) 724-0200
Attorneys for Plaintiff Host Agency, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Host Agency, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Crnogorska Plovidba A.D. Kotor,<br><br>    Defendant,<br><br>and<br><br>Trithorn Bulk A/S,<br><br>    Garnishee. | Case No.<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**VERIFIED COMPLAINT AND REQUEST FOR ISSUANCE OF SUPPLEMENTAL RULE B MARITIME ATACHMENT AND GARNISHMENT WRIT** |

  Host Agency, LLC, ("Host") brings this action against Crnogorska Plovidba A.D. Kotor ("Kotor") *quasi in rem* pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, requesting issuance of process of maritime attachment and garnishment, including against Garnishees, and states as follows:

**Jurisdiction and Venue**

1. This is an action within the Court's admiralty jurisdiction pursuant to 28 U.S.C. §1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h).

2. Venue is proper in this District because Garnishees can be found in this District and therefore Defendant's property is located in this District.

3. Defendant cannot be found in this District within the meaning of Supplemental Rule B.

4. Host brings this action for payment of amounts due and owing from Kotor, namely contracted-for port dues and expenses necessary for bringing the vessel – M/V KOTOR (IMO 9575981) into the Port of Savannah, Georgia.

## The Parties

5. Host is a Virginia limited liability company. Host is an agent, which on behalf of the Kotor, expended and committed amounts for maritime necessaries, as set out herein.

6. Kotor is a company organized under the laws of the Montenegro, and at relevant times was the registered owner of the M/V KOTOR (IMO 9575981) (herein "Vessel").

7. Garnishee Trithorn Bulk A/S ("Trithorn") is a Danish "Aktieselskab,"/company with a corporate office and a director located in this District in El Dorado Hills, California. On information and belief, Host reasonably believes Trithorn holds property of and/or owing to Kotor.

## Background Facts

8. On or about June 13, 2025, the M/V KOTOR tendered its notice of arrival to enter the port of Savannah, Georgia and subsequently moored in Savannah, Georgia on or about June 14, 2025.

9. Host served as the vessel agent while the M/V KOTOR was in the port of Savannah. Host, on behalf of the Kotor, expended and committed amounts for maritime necessaries, including but not limited to, port expenses, pilotage, dockage, agency fees, vendor fees, and related fees and costs, related to the M/V KOTOR as detailed in **Exhibit A hereto**. An amount of $216,177.97 remains due and unpaid.

10. Kotor agreed to pay for these maritime necessaries – forming a maritime contract - and was required to do so before the M/V KOTOR departed Savannah. Despite demand, Kotor failed to pay the amounts due and owing, and the M/V Kotor departed Savannah on or about July 16, 2025.

11. M/V KOTOR, with its cargo still oboard, is expected to arrive in the United Kingdom on or about July 30, 2025.

### Specific Allegations – Garnishee Trithorn

12. On information and belief, Kotor chartered the M/V KOTOR to Garnishee Trithorn and M/V KOTOR remains under charter to Trithorn. Host reasonably believes charter hire payments are due to Kotor from Trithorn.

### Count I – Breach of Maritime Contract

13. Host repeats the foregoing paragraphs, as though fully set forth herein.

14. Kotor breached its maritime contract with Host as set out above.

15. Despite repeated demands Host has not been paid. The amount due and owing to Host is $216,177.97.

16. Host therefore demands judgment, as set out more fully below.

### Count II – Process of Maritime Attachment and Garnishment
### (Supplemental Rule B)

17. Host repeats and incorporates the foregoing paragraphs, as though fully set forth herein.

18. Host seeks issuance of process of maritime attachment and garnishment so that it may obtain payment for the amounts due to it.

19. No security for Host's claims has been posted by Kotor, or anyone acting on its behalf, to date.

20. Kotor cannot be found within this District within the meaning of Rule B, but is believed to have, or will have during the pendency of this action, property and/or assets in this jurisdiction consisting of cash, funds, freight, hire, and/or credits in the hands of one or more garnishees in this District, including the Garnishee.

21. Host therefore respectfully requests the Court to issue writs of maritime garnishment pursuant to Supplemental Rule B, as set out below.

## Prayer for Relief

WHEREFORE, Host prays:

A. That as Kotor cannot be found within this District, and pursuant to Supplemental Rule B, this Court issue an Order directing the Clerk to issue Process of Maritime Attachment and Garnishment in the amount of at least **$216,177.97** – the amount due and owing to Host.

B. That Process provides for the attaching of all tangible or intangible property, or any funds held by any garnishee, up to the amount of at least the amount demanded herein to secure Host's claims;

C. That any persons claiming any interest in the property attached by such Process be cited to appear and, pursuant to Supplemental Rule B, answer the matters alleged in the Verified Complaint;

D. That a person over 18-years of age be appointed as moved for

herein, pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c), to serve Process of Maritime Attachment and Garnishment;

 E. That pursuant to Supplemental Rule B(a)(b), the Clerk issue supplemental process enforcing this Court's Order to issue the Rule B writs upon application without further Court Order; and

 F. That this Court award Host such other and further relief that this Court deems just and proper.

Date: July 25th 2025.

        Respectfully submitted,

         Neil B. Klein
        Neil B. Klein
        Maria del Rocio Ashby
        McKasson & Klein LLP
        Attorneys for Plaintiff Host Agency, LLC

OF COUNSEL
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
443-290-8704
jssimms@simmsshowers.com

## VERIFICATION

I am a Principal of the law firm Simms Showers LLP, counsel for Host.

The facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and information, based upon the records of Host as made available to me by Host. Host's authorized officers are not readily available in this District to make verifications on Host's behalf and I am authorized to make this verification on Host's behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District. There is no record of any general or resident agent authorized to accept service of process for Defendant in this District.

Pursuant to 28 U.S.C. §1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25th, 2025.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Tel: 443-290-8704
jssimms@simmsshowers.com


Case 2:25-at-00973   Document 1   Filed 07/26/25   Page 6 of 8

## VERIFICATION

I am a Principal of the law firm Simms Showers LLP, counsel for Host.

The facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and information, based upon the records of Host as made available to me by Host. Host's authorized officers are not readily available in this District to make verifications on Host's behalf and I am authorized to make this verification on Host's behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District. There is no record of any general or resident agent authorized to accept service of process for Defendant in this District.

Pursuant to 28 U.S.C. §1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25th, 2025.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Tel:  443-290-8704
jssimms@simmsshowers.com

Verified Complaint and Request for Issuance of
Supplemental Rule B Maritime Attachment and Garnishment                    Page 6

**EXHIBIT A**

| File Number: | 138638 |
|---|---|
| Account Done: | |

# HOST

## Charterers Disbursement Account

| Vessel: | KOTOR | | Office: | Host Agency - Savannah | | |
|---|---|---|---|---|---|---|
| Terminal: | COLONIAL TERMINALS INDUSTRIES | | Paying Party: | Crnogorska plovidba A.D. Kotor | | |
| LOA: | 180.00 | | Address: | Škaljari B.B. ( P.O. box 90 )85330 | | |
| Beam: | 29.00 | | | KotorMontenegro | | |
| GRT: | 22,456 | | | | | |
| NRT: | 12,060 | | Arrival Date: | 24/Jun/25 | Departure Date: | 16/Jul/25 |
| DWT: | 34,988 | | Cargo Qty: | PDA | Post-DA | FDA |
| DRAFT: | 11 | | Dockage Days: | | | |

| | | | Charterers Port Expenses | | | |
|---|---|---|---|---|---|---|
| 1 | River Pilots | Total shifting costs | | $ 3,214.62 | $ - | $ - |
| 2 | Georgia Docking Pilots | For USCG mandated tug thru 6/26-2200 | | $ 65,341.00 | $ - | $ - |
| 3 | ECT | Dockage/Security/Line Handling/Labor | | $ 77,049.64 | $ - | $ - |
| 4 | Seaonus | Dockage/Security/Line Handling (2days) | | $ 16,362.11 | $ - | $ - |
| 5 | Colonial Terminals | Dockage/Security (14days) | | $ 128,974.81 | $ - | $ - |
| 6 | | | | $ - | $ - | $ - |
| 7 | Agency Fee | Incident Management Fee/COTP orders | | $ 750.00 | $ - | $ - |
| 8 | Agency Fee/OPA | LUMP SUM | | $ 2,250.00 | $ - | $ - |
| 9 | Coastal Line Handling | Colonial Terminals layberth | | $ 1,275.00 | $ - | $ - |
| 10 | | | | $ - | $ - | $ - |
| 11 | Baymont Hotel | 1 night for deck cadet Ilija Martinovic | | $ 92.98 | $ - | $ - |
| 12 | Orange Peel Transport | Hotel/Transport/misc services | | $ 10,893.39 | $ - | $ - |
| 13 | Coastal Pilotage | Launch Service to anchorage (4 trips) | | $ 8,000.00 | $ - | $ - |
| 14 | Engineered Solutions | Fabricate+supply fire main pipe | | $ 3,531.00 | $ - | $ - |
| 15 | Armed guard service | Mandate by US Customs(est. thru 7/11) | | $ 34,703.25 | $ - | $ - |
| 16 | Vendor Moran Enviro | Bildge and Sludge removal (per BV class) | | $ 9,599.50 | $ - | $ - |
| 17 | Vendor PTR Houston | Pilot and embarkation ladders (per BV class) | | $ 7,794.00 | $ - | $ - |
| 18 | Vendor River Services | 8 new EEBD devices (per BV class) | | $ 6,529.00 | $ - | $ - |
| 19 | | | | $ - | $ - | $ - |
| 20 | | | | $ - | $ - | $ - |
| 21 | Wire Transfer Fee | | | $ 25.00 | $ - | |
| | | | Sub-Total Charterers Port Expenses: | $ 376,385.30 | $ - | |

| | Paying Party | Reference | Date | Amount |
|---|---|---|---|---|
| Advance / Credit | Crnogorska plovidba A.D. Kotor | Port Advance | | $115,207.33 |
| Advance / Credit | | | | $0.00 |
| Advance / Credit | | | | $0.00 |
| Advance / Credit | | | | $0.00 |

**Banking Details:**
Host Agency LLC
Bank of America N.A. Norfolk, Virginia
Account No. 435029052840
Routing/Transit (ABA) No. 0260-0959-3
Swift Code: BOFAUS3N

| | |
|---|---|
| Total Charterers Advancements: | *$0.00* |
| Total Charterers Port Expenses: | *$0.00* |
| Total Owners Advancements: | *$115,207.33* |
| Total Owners Expenses: | *$376,385.30* |
| *Final Amount Due Host Agency LLC:* | *$261,177.97* |
| DA Rep: | |

**Host Agency LLC Payment Terms:**
1. Full Funding Required - 100% of requested funds set forth in this PDA are to be received by our bankers 3 days prior vessel's arrival.
2. Departure D/A – Balances exceeding $10,000 of initial DA amount to be requested for immediate transfer.
3. Final D/A – Settled within 30 days of receipt of Final Disbursement Account.
4. Outstanding Balances - Depending on existing payment agreements, balances exceeding 30 days settlement may be subject to a 3% fee reoccurring every 30 days past due.